# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 24, 2018**

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| ROBIN O. O/B/O KMA, A MINOR CHILD, | ) |
| *Plaintiff* | ) |
| v. | ) |
|  | ) |
|  | ) |
| COMMISSIONER OF SOCIAL SECURITY | |
| *Defendant* | |

Civil Action No.  1:18-CV-03032-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:  Plaintiff's Motion for Summary Judgment (ECF No. 15) is GRANTED.  Matter is REVERSED and REMANDED to the
Commissioner of Social Security for immediate calculation and award of benefits.
Defendant's Motion for Summary Judgment (ECF No. 19) is GRANTED in part, and DENIED in part.
Judgment is entered for Plaintiff.

This action was *(check one)*:

❒ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❒ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge _____ MARY K. DIMKE _____ on motions for

Summary Judgment (ECF Nos. 15 and 19).

Date:  October 24, 2018 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Melissa Orosco
_____
*(By) Deputy Clerk*

Melissa Orosco
_____